No. 42854.—Protests 679785–G, etc., of S. Z. Shirae (New York).

Opinion by Keefe, J.    In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (T. D. 47647) the merchandise in question was held free of duty as joss stick under paragraph 1703 as claimed.

No. 42855.—Protest 983719–G of F. W. Woolworth Co. (New York).

Opinion by Keefe, J.    In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (T. D. 47647) the merchandise in question was held free of duty as joss stick under paragraph 1703 as claimed.

No. 42856.—Protest 705109–G of J. M. MacDonald Import Co., Inc. (New York).

Opinion by Keefe, J.    In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (T. D. 47647) the merchandise in question was held free of duty as joss stick under paragraph 1703 as claimed.

No. 42857.—Protest 726106–G of J. M. MacDonald Import Co. (Baltimore).

Opinion by Keefe, J.    In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (T. D. 47647) the merchandise in question was held free of duty as joss stick under paragraph 1703 as claimed.

No. 42858.—Protests 906563–G, etc., of S. H. Kress & Co. (New York).

Opinion by Keefe, J.    In accordance with stipulation of counsel and on the authority of *Seller* v. *United States* (T. D. 47417) the Tom-and-Jerry mugs in question were held dutiable at only 70 percent under paragraph 212 as claimed.

No. 42859.—Protests 958533–G, etc., of McKesson & Robbins, Inc. (New York).

Opinion by Keefe, J.    In accordance with stipulation of counsel and on the authority of Abstracts 41762 and 41763 the bottles in question were held dutiable at one-third the rate of 70 percent under paragraphs 212 and 810 as claimed.

No. 42860.—Protest 974378–G/11544 of S. H. Kress & Co. (New Orleans).

Opinion by Keefe, J.    In accordance with stipulation of counsel and on the authority of *Strauss-Eckardt* v. *United States* (T. D. 48272) figures in chief value of papier mâché were held dutiable at 25 percent under paragraph 1403 as claimed.